UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/5/09
```

PARBULK II AS,

        Plaintiff,

- against -

HERITAGE MARITIME SA and
HUMPUSS INTERMODA TRANSPORTASI TBK,
SILVERSTONE DEVELOPMENT INC.,
GENUINE MARITIME LTD.,
FIRST TOPAZ INC.,
LUCKY VISION MANAGEMENT CORP. and
NEW CENTURY MARITIME INC.

        Defendants.

**ORDER**

09 Civ. 4499 (PGG)

After consultation with the parties, the Court adopts the following briefing schedule for Defendants' anticipated motion to dismiss under Federal Rule of Civil Procedure 12(b) and motion to vacate under Rule E of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure:

(1)    Defendants' moving papers are due October 6, 2009;

(2)    Plaintiff's response is due October 20, 2009;

(3)    Defendants' reply, if any, is due October 27, 2009; and,

(4)    Oral Argument, if necessary, is scheduled for October 30, 2009 at 3 p.m.

Parties are directed to make any submissions opposing Nelson Cove Shipholdings SA's, Linsen International Limited's, Elspeth Shipping Corp.'s and Romford Services SA's joint application to intervene in the current action by October 9, 2009. The intervening parties may file their reply, if any, to these submissions by October 14, 2009.

2

Dated: New York, New York
       October 5, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2