UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARBULK II AS,

        Plaintiff,

- against -

HERITAGE MARITIME SA and
HUMPUSS INTERMODA TRANSPORTASI TBK,
SILVERSTONE DEVELOPMENT INC.,
GENUINE MARITIME LTD.,
FIRST TOPAZ INC.,
LUCKY VISION MANAGEMENT CORP. and
NEW CENTURY MARITIME INC.,

        Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/09

**ORDER**

09 Civ. 4499 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In light of the Second Circuit's recent decision in The Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd., Nos. 08-2477-cv, 08-3758-cv (2d Cir. Oct. 16, 2009), the briefing schedule for Defendant's motion to dismiss is stayed and the oral argument scheduled for October 30, 2009 at 4:00 p.m. is adjourned without date.

        The Court is presently considering whether the above-cited case requires that the attachment orders previously issued in this matter be vacated and the case dismissed for lack of subject matter jurisdiction. Any additional submissions the parties wish to make concerning this issue must be filed by October 28, 2009.

Dated: New York, New York
       October 22, 2009

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge